UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| CARL A. ECHOLS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 2:13-cv-00249-JMS-WGH |
| | ) | |
| KEITH  BUTTS Superintendent, | ) | |
| CLASSIFICATION COMMITTEE, PCF/IR, | ) | |
| CLASSIFICATION OF SUPERVISOR, | ) | |
| PCF/IR, BRUCE  LEMON Commissioner, | ) | |
| | ) | |
| Defendants. | ) | |

**Entry Discussing Action and Directing Entry of Final Judgment**

This action is dismissed for failure to state a claim. The Entry signed on July 8, 2013, dismissed claims in this action pursuant to 28 U.S.C. § 1915A(b). The plaintiff was given a period of time in which to file an amended complaint correcting the deficiencies noted in that Entry. That time has passed and no amended complaint has been filed. After having been given the chance to amend his complaint and having failed to take it this action is properly dismissed under Federal Rules of Civil Procedure 12(b)(6). *See Paul v. Marberry,* 658 F.3d 702, 705 (7th Cir. 2011).

Judgment dismissing this action shall now issue.

**IT IS SO ORDERED.**

Date:  ___08/14/2013___

_Jane Magnus-Stinson_
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

CARL A. ECHOLS
866351
Wabash Valley Correctional Facility
Electronic Service Participant -- Court Only